IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| FALENCIA A. FAIR, | ) | CASE NO. 1:19 CV 1181 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | MAGISTRATE JUDGE WILLIAM H. |
| | ) | BAUGHMAN, JR. |
| OHIO BELL TELEPHONE COMPANY, *et al.*, | ) | |
| | ) | **NOTICE OF APPEARANCE** |
| Defendants. | ) | |

Please enter Alanna Klein Fischer (0090986), of Caryn Groedel & Associates, Co., LPA, as one of Plaintiff's attorneys in the above-captioned case.

Respectfully submitted,

*/s/ Alanna Klein Fischer*
Alanna Klein Fischer (0090986)
afischer@groedel-law.com
CARYN GROEDEL & ASSOCIATES, CO., LPA
31340 Solon Road, Suite 27
Cleveland, OH  44139
Tel:     (440) 544-1122
Fax:     (440) 996-0064
One of Plaintiff's Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed electronically, this 2nd day of March, 2020. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Alanna Klein Fischer*
Alanna Klein Fischer