UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

**MINUTE ORDER**

WILLIAM H. BAUGHMAN, JR.
United States Magistrate Judge

Date:   March 20, 2020

Case No.:   1:19 CV 1181

FALENCIA A. FAIR

   v.

OHIO BELL TELEPHONE COMPANY et al.

APPEARANCES:   For Plaintiff:   Caryn Groedel, Allana Klein Fischer

                    For Defendant:   Amy Ryder Wentz

PROCEEDINGS:  This case came before me for a telephone status conference on March 20, 2020.  Newly-appointed counsel for plaintiff Fair requested leave to file an amended complaint.

    Finding good cause for that request, Fair is hereby granted leave to file an amended complaint on or before April 20, 2020.

    The defendants are hereby granted leave to move or plead in response to the amended complaint until May 19, 2020.  Their obligation to move or plead in response to the original complaint is stayed pending the filing of the amended complaint.

    The Court will conduct a telephonic status conference on May 22, 2020 at 1:30 p.m. The call-in information will remain the same.

    IT IS SO ORDERED.

                                                s/ William H. Baughman Jr.
                                                  United States Magistrate Judge

Time: 20 minutes