UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| FALENCIA A. FAIR, | ) Case No. 1:19-cv-01181-SO |
| | ) |
| Plaintiff, | ) Judge Christopher A. Boyko |
| | ) Magistrate Judge William H. Baughman, Jr. |
| v. | ) |
| | ) |
| THE OHIO BELL TELEPHONE | ) **MATTHEW S. GRIMSLEY'S MOTION** |
| COMPANY, | ) **TO WITHDRAW AS COUNSEL** |
| | ) |
| Defendant. | ) |

  Attorney Matthew S. Grimsley hereby respectfully moves this Honorable Court to permit him to withdraw as counsel for Plaintiff in the above-captioned matter because as of September 17, 2021, he will no longer be employed by Caryn Groedel & Associates Co., LPA ("CG&A").

  CG&A, as a firm, has represented Plaintiff in this matter.

  CG&A filed a Motion to Withdraw as Plaintiff's counsel on July 26, 2021, which has yet to be ruled upon.

  The instant Motion does not impact CG&A's July 26, 2021 Motion.

  Mr. Grimsley is filing the instant Motion as he is leaving CG&A, and thus, other grounds warrant his withdrawal.

  Attorney Caryn M. Groedel of CG&A will remain on the case pending the Court's decision on CG&A's July 26, 2021 Motion to Withdraw.

  WHEREFORE, Matthew S. Grimsley respectfully requests that this Honorable Court grant his instant Motion to Withdraw as Counsel.

Respectfully submitted,

*/s/ Matthew S. Grimsley*
Matthew S. Grimsley (0092942)
Caryn Groedel & Associates Co., LPA
31340 Solon Road, Suite 27
Cleveland, Ohio 44139
Phone: 440-544-1122
Fax: 440-996-0064
mgrimsley@groedel-law.com
*One of Plaintiff's Attorneys*

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of September, 2021, a copy of foregoing Motion to Withdraw as Counsel was electronically filed. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system

*/s/Matthew S. Grimsley*
Matthew S. Grimsley (0092942)